IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VENCIL C. GREEN,<br><br>                    Plaintiff,<br><br>    v.<br><br>D. STRIBLING,<br><br>                    Defendant. | Case No. 2:23-cv-02302-WBS-EFB (PC)<br><br>ORDER |

      Plaintiff Vencil Green is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendants' Motion to Modify the Discovery and Scheduling Order (ECF No. 13) for a 28-Day Extension of Defendant's Motion for Summary Judgment Deadline, as well as Defendant's Opposition to Plaintiff's Motion for Summary Judgment Deadline, both of which are currently January 17, 2025.

      Good cause having been presented, it is HEREBY ORDERED that:

      1.    Defendant's motion to modify the schedule (ECF No. 21) is GRANTED;

      2.    The deadline for Defendant to file a motion for summary judgment under Federal Rule of Civil Procedure 56 and opposition to Plaintiff's motion for summary judgment are extended twenty-eight days, up to and including February 14, 2025; and

/////

3. Plaintiff's request to bar evidence from four unidentified defense witnesses, raised in his opposition to defendants' motion to modify the schedule (ECF No. 22), is DENIED without prejudice to its renewal as an evidentiary objection should defendants present evidence from these witnesses in support if their motion for summary judgment or further proceedings in this action.

IT IS SO ORDERED.

Dated: January 31, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE