IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **VENCIL C. GREEN,**<br><br>Plaintiff,<br><br>v.<br><br>**D. STRIBLING,**<br><br>Defendant. | Case No. 2:23-cv-02302-WBS-EFB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF FOR NINE-DAY EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS**<br><br>Judge:         Hon. Edmund F. Brennan<br>Trial Date:   Not Set<br>Action Filed:  October 11, 2023 |

Plaintiff Vencil Green is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendant's Motion for Administrative Relief for an Extension of Time to File Objections to the Magistrate Judge's Findings and Recommendations (ECF No. 34).

Good cause having been presented, it is HEREBY ORDERED that:

1.    Defendant's motion is **GRANTED**; and

2.    The deadline for Defendant to file objections to the Magistrate Judge's findings and recommendations is extended nine days, up to and including **October 3, 2025**.

**IT IS SO ORDERED**.

Dated: September 22, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1