1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN,  Plaintiff,  v.  D. STRIBLING,  Defendant. | No. 2:23-cv-2302-WBS-EFB (PC)  ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 17, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Defendants filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 34, are adopted in full;

2. Plaintiff's motion for summary judgment, ECF No. 16, is DENIED;

3. Defendant's motion for summary judgment, ECF No. 24, is GRANTED IN PART as to plaintiff's Fourteenth Amendment Due Process claim and DENIED IN PART as to plaintiff's First Amendment retaliation claim; and

4. This matter is referred back to the magistrate judge for further proceedings.

Dated: December 9, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE