1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   VENCIL C. GREEN,                        No. 2:23-cv-02302-WBS-EFB (PC)
12              Plaintiff,
13        v.                                 <u>ORDER REQUESTING CONFIDENTIAL
                                             SETTLEMENT STATEMENTS FOR
14   D. STRIBLING,                           PRISONER SETTLEMENT PROGRAM</u>
15              Defendant.
16

17        The parties to this action shall each, no later than thirty (30) days from the date of the
18   order, submit confidential statements as described below. The confidential statements shall not
19   be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email
20   or personal delivery to the court's Alternative Dispute Resolution (ADR) division at the address,
21   fax number or email address below and marked "Confidential." Such statements shall be limited
22   to five (5) pages and shall include the following:
23        1. The party's assessment of whether the instant action is of the type that would
24           benefit from a settlement proceeding;
25        2. The party's assessment of what factors, if any, will prevent settlement of this
26           matter prior to trial; and
27        3. Any additional information the court may find useful in determining whether to set
28           this matter for a settlement conference.

                                                1

1  Should the court determine that this action is appropriate for referral to the Prisoner
2  Settlement Program, it will set this matter for settlement conference before a magistrate judge or
3  district judge.  If not, the court will direct the parties to file pretrial statements.
4      IT IS SO ORDERED.

6  Dated: December 18, 2025

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

cc:    ADR Division, Attention: Sujean Park
        US District Court
        501 I Street, Suite 4-200
        Sacramento, CA 95814
        Fax: (916) 491-3912
        email: spark@caed.uscourts.gov