IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **VENCIL C. GREEN,**<br><br>Plaintiff,<br><br>v.<br><br>**D. STRIBLING,**<br><br>Defendant. | Case No. 2:23-cv-02302-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR RELIEF FOR A 33-DAY EXTENSION OF THE DEADLINE TO FILE A SETTLEMENT STATEMENT FOR THE PRISONER SETTLEMENT PROGRAM** |

Before the Court is Defendant's administrative motion under Local Rule 233 and Federal Rule of Civil Procedure 6(b)(1)(A) to extend the deadline to file a settlement statement for the prisoner settlement program. Good cause appearing, the motion is **GRANTED**.

The parties shall file confidential settlement statements by **February 20, 2026**.

**IT IS SO ORDERED.**

Dated:  January 16, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1